# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:    BERTHA JEFFERSON                          CASE NO: 09-18059
                                                    CHAPTER 13


          DEBTORS(S)                                JUDGE:  JACK B SCHMETTERER


                                                    NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn,
files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed
below has been paid in full.

**Name  of Creditor:**      BAC HOME LOANS SERVICING

--------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0002 | 7115 2630 W WILCOX | $ 1,260.86 | $ 957.00 | $ 957.00 |
| Total Amount Paid the Trustee | | | | $ 957.00 |

--------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                       _X_  Direct by the Debtor(s)

--------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the
Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s)
have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are
otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's
proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 07th day of   August, 2012.


Debtor(s)                                          Debtors Attorney

BERTHA JEFFERSON                                   ROBERT J SEMRAD & ASSOC LLC
2630 W WILCOX ST                                   20 S CLARK ST 28TH FLR
CHICAGO IL 60612                                   CHICAGO IL 606030000


Addtional Creditors

JPMORGAN CHASE BANK NA
1270 NORTHLAND DR #200
MENDOTA HEIGHTS MN 55120


Mortgage Arrearage Creditor

BAC HOME LOANS SERVICING
7105 CORPORATE DR
PYMT PROCESSING PTX B 209
PLANO TX 75024-1319


Electronic Service US Trustee


Date: August 7, 2012                     /s/ Tom Vaughn

                                         Tom Vaughn, Chapter 13 Trustee
                                         Chapter 13 Trustee
                                         55 East Monroe Street, Suite 3850
                                         Chicago, Ill   60603